

# HILL RIVKINS LLP

45 Broadway, Suite 2110, New York, NY 10006-3776
Tel: 212 669-0600   Fax: 212 669-0698
e-mail: thefirm@hillrivkins.com
Website: www.hillrivkins.com

January 10, 2025

**CHARLES M. HENDERSON, III**
212.669.0600
chenderson@hillrivkins.com

> Application **GRANTED**.  The initial pre-trial conference scheduled for January 29, 2025, is adjourned to **February 18, 2025, at 3:30pm**.  The materials described at Dkt. No. 6 shall be filed by **February 11, 2025**.  The conference will be conducted **IN PERSON** at the Thurgood Marshall United States Courthouse, Southern District of New York, 40 Foley Square, New York, New York at Room 1106. If lead counsel for any party is located outside of New York City or would experience a hardship from an in-person appearance and would prefer to appear remotely, they should notify the Court immediately by filing a letter on the docket so that arrangements can be made. So Ordered.
>
> Dated: January 13, 2025
>      New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

**By ECF**

The Honorable  Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: Request to Adjourn Initial F.R.C.P. Rule 16 C**
    Codan Forsikring A/S v. MSC Mediterranean Shipping Company, S.A.
        (Civil Action No.: 1:24-cv-09442-LGS)
    _____

Dear Judge Schofield,

This firm represents Plaintiff Codan Forsikring A/S.  We write pursuant to Individual Rule 1.B.3 to request an adjournment of the Initial F.R.C.P. Rule 16 conference presently scheduled for January 29, 2025, at 4:20 PM (ECF No. 6).

Pursuant to the Waiver of the Service of Summons, Defendant MSC Mediterranean Shipping Company, S.A.'s formal appearance is not due until February 17, 2025 (ECF No. 8).  In addition to the interests of judicial economy, an adjournment is requested to facilitate the participation of all parties at the conference.  The undersigned has communicated with opposing counsel, who has recently been assigned to this case, and he is agreeable to the extension to sometime after February 17.  This is the first request for an adjournment of the Rule 16 conference.

NEW JERSEY
The Bentley Building | 98 Craig Road
Manalapan, NJ 07726
Tel: 732 838-0300  Fax: 732 316-2365

TEXAS
1000 N. Post Oak Rd., Suite 220
Houston, Texas 77055
Tel: 713 222-1515  Fax: 713 222-1359

January 10, 2025
<u>Page Two</u>

      We thank the Court in advance for consideration of Plaintiff's request and stand ready to answer any questions that the Court may have.

                              Respectfully submitted,

                              HILL RIVKINS LLP

                              *Charles M. Henderson, III*

                              Charles M. Henderson, III

