UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
CODAN FORSIKRING A/S,

        Plaintiff, : 24 Civ. 9442 (LGS)

    -against- : <u>ORDER</u>

MSC MEDITERRANEAN
SHIPPING COMPANY S.A.,

        Defendant.
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

  The Court has been informed that the Parties have reached a settlement in principle in this case. Accordingly, it is hereby **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within forty-five (45) days of this Order. Any application to reopen filed after forty-five (45) days from the date of this Order may be denied solely on that basis. Any pending motions are **DENIED** as moot, and all conferences are **CANCELED**.

Dated: September 2, 2025
   New York, New York

                LORNA G. SCHOFIELD
              **UNITED STATES DISTRICT JUDGE**